No. 253. HIDEKUNI IWATA, APPELLANT, *v.* CHARLES T. CORNELL, AS IMMIGRATION INSPECTOR IN CHARGE. Appeal from the District Court of the United States for the Southern District of California. Submitted May 3, 1917. Decided May 21, 1917. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Bugajewitz* v. *Adams,*

228 U. S. 585, 590, 591; (2) *Zakonaite* v. *Wolf*, 226 U. S. 272; *Lewis* v. *Frick*, 223 U. S. 291; (3) *United States* v. *Juy Toy*, 198 U. S. 253; *Chin Yow* v. *United States*, 208 U. S. 8; *Tang Tun* v. *Edsell*, 223 U. S. 673; *Low Wah Suey* v. *Backus*, 225 U. S. 460.   *Mr. Lewis H. Smith* for appellant.   *The Solicitor General* for appellee.